# Mary B. Grossman

Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943
Fax (414) 271-9344
chp13@execpc.com

740 N. Plankinton Avenue
Suite 400
Milwaukee, Wisconsin 53203

December 27, 2005

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE: DBTR: LEONARDO VALENTINO
CASE NO: 07-29188-MDM

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1026989 which replaces check # 1019899 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.


OFFICE OF CHAPTER 13 TRUSTEE




cc: file

**Mary B. Grossman
Chapter 13 Trustee**
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203

SunTrust Bank

64-79 / 611

October 21, 2008

No. 1019899

PAY** Two Thousand Two Hundred Seventy Nine Dollars and 71 Cents************************************************
TO THE ORDER OF

DEBTOR
LEONARDO VALENTINO
2824 21ST STREET
RACINE, WI 53403

AMOUNT *************$2,279.71***

VOID AFTER January 19, 2009
Positive Pay Account

⑆1019899⑆ ⑈061100790⑈ 0000005751771⑆

Mary B. Grossman, Chapter 13 Trustee
Pay to: DEBTOR LEONARDO VALENTINO
Check No. 1019899

Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 07-29188-MDM | 777-0 | LEONARDO VALENTINO | | 0.00 | 2,279.71 | 0.00 | 2,279.71 |

*Bad Address Unclaimed Funds* (handwritten)

Mary B. Grossman, Chapter 13 Trustee  Check No. 1026989
Pay to: 00000965  CLERK OF US BANKRUPTCY COURT
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 07-29188-MDM | 777-0 | LEONARDO VALENTINO | | 0.00 | 2,279.71 | 0.00 | 2,279.71 |